# TIFFANY & BOSCO
### P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
22-01373

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Jennifer S. Fillmore fka Jennifer Trifari | Case No. 2:21-bk-07143-BKM |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Toyota Motor Credit Corporation, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 17th day of February, 2022.

                                              Respectfully submitted,

                                              TIFFANY & BOSCO, P.A.

                                              By: /s/ Leonard J. McDonald #(014228)
                                                   Mark S. Bosco
                                                   Leonard J. McDonald
                                                   Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | February 17, 2022 to: |
| 3 | Jennifer S. Fillmore fka Jennifer Trifari |
| | 1515 S Extension Rd |
| 4 | Apt 1064 |
| | Mesa, AZ  85210 |
| 5 | Debtor |
| 6 | |
| | Thomas Adams Mcavity |
| 7 | 4131 Main Street |
| | Skokie, IL  60076-2780 |
| 8 | Attorney for Debtor |
| 9 | Roger W. Brown |
| | P.O. Box 32967 |
| 10 | Phoenix, AZ  85064-2967 |
| | Trustee |
| 11 | |
| 12 | By:  Jesse Ference |